UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHARLES H. SMITH,** and
**BEVERLY B. SMITH,**

      Plaintiffs,

  -v-                                Docket No. 2:06-CV-11335-LPZ-RSW
                                      Hon. Lawrence P. Zatkoff

**SKIPPER MARINE HOLDINGS
INC.,** a Delaware Corporation,
**SKIPPER BUD'S,** a division of
Skipper Marine Holdings Inc., and
**CARVER BOAT CORPORATION LLC,**
an affiliated company of Skipper
Marine Holdings Inc.,

      Defendants.
_____/

**ORDER REGARDING EXPERT WITNESSES**

      This matter came before the Court in a scheduling conference regarding discovery, conducted via telephone between the Court and all counsel of record on May 24, 2006. The parties came to an agreement regarding the timing of the disclosure of expert witness which the Court approved.

      Now, therefore:

      The Plaintiffs shall disclose their expert witness(es) in writing and provide a curriculum vitae ("CV") for each expert to Defense Counsel on or before July 17, 2006.

1

2

The Defendants shall disclose their expert witness(es) in writing and provide a curriculum vitae ("CV") for each expert to Plaintiffs' counsel on or before August 16, 2006.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  June 13, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 13, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290